**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
David M. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

*Attorneys for Plaintiff,*
Rana Azimi

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANA AZIMI, individually and on behalf of all others similarly situated, | Case No.: 8:23-cv-02328-JWH-JDE |
| Plaintiff, | **STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a) WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |
| v. | |
| RESTORATION HARDWARE, INC., | |
| Defendant. | |

///

///

///

///

///

///

///

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their undersigned counsel, that the above-captioned action is dismissed, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with prejudice as to Plaintiff Rana Azimi's individual claims and without prejudice as to the claims of the putative class, against Defendant Restoration Hardware, Inc. with each party bearing its own costs, expenses, and attorney's fees.

Dated: March 29, 2024　　　　　　　　　　MORRISON & FOERSTER LLP

By: /s/ Claudia M. Vetesi
　　Claudia M. Vetesi

*Attorneys for Defendant*
RESTORATION HARDWARE, INC.

Dated: March 29, 2024　　　　　　　　　　KAZEROUNI LAW GROUP, APC

By: /s/ Mona Amini
　　Mona Amini

*Attorneys for Plaintiff*
RANA AZIMI

## ATTESTATION AND CERTIFICATE OF SERVICE

I, Mona Amini, hereby attest that all counsel whose electronic signatures are included herein have provided their authority and concurrence to this filing.

Dated: March 29, 2024　　　　　　　　　　/s/ Mona Amini
　　　　　　　　　　　　　　　　　　　　　　Mona Amini

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2024, I caused the foregoing to be filed electronically using the Court's electronic case filing (ECF) system, which will automatically send a notice of electronic filing to the email addresses of all counsel of record.

Dated: March 29, 2024 　　　　　　　　　　　　　　　　　　*/s/ Mona Amini*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Mona Amini